■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS DAVIS, Appellant. [869 NYS2d 844]

No opinion. Order filed. Concur—Lippman, P.J., Tom, Buckley, Moskowitz and Renwick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS MARTINEZ, Appellant. [868 NYS2d 531]

The court properly exercised its discretion in denying defendant's request for youthful offender treatment (*see People v Drayton*, 39 NY2d 580, 584 [1976]), given the seriousness of the crime. Concur—Lippman, P.J., Tom, Buckley, Moskowitz and Renwick, JJ.